UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SCOTT ERIC HOUSTON (#602008)　　　　　　　　　　CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.　　　　　　　　　　NO. 22-00461-BAJ-EWD

## RULING AND ORDER

Plaintiff, an inmate currently confined at the Dixon Correctional Institute in Jackson, Louisiana, has sued Secretary of State James LeBlanc, Aftin Gaddy, Jeremy McKey, Jaine Babel, Amber Vittorio, Shawnee Davis, Anne Marie Easley, and Tim Hooper (collectively "Defendants"), alleging that Defendants violated his constitutional rights by failing to correct his master prison record and by listening to a phone call. (Docs. 1, 1-1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 16, the "R&R")**, recommending that Plaintiff's federal claims be dismissed as frivolous and for failure to state a claim because his master prison record is correct and because Plaintiff has not stated a claim with respect to prison officers listening to his phone call. The R&R further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. Plaintiff objects to the R&R. (Doc. 16).

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 8th day of March, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2